UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

UNBREAKABLE, LLC,                        )
                                         )
                    Plaintiff,           )
                                         )
          v.                             )    No. 1:25-cv-02530-JRO-MKK
                                         )
FAY SERVICING LLC,                       )
                                         )
                    Defendant.           )

**ORDER ADOPTING REPORT AND RECOMMENDATION
AND DISMISSING COMPLAINT**

Brent Trotter, purporting to act on behalf of Plaintiff Unbreakable, LLC as its managing partner, filed suit *pro se* against Defendant Fay Servicing LLC in the Marion County Superior Court. Dkt. 1-2. Defendant removed this case to the district court for the Southern District of Indiana on December 15, 2025. Dkt. 1. Four days later, Magistrate Judge M. Kendra Klump ordered Plaintiff to obtain counsel by January 23, 2026, because as a limited liability company, Unbreakable, LLC must be represented by counsel. Dkt. 7 at 1 (citing *United States v. Hagerman*, 545 F.3d 579, 581–82 (7th Cir. 2008)). Trotter did not obtain counsel according to this timeline but did inform the Court on January 26 that "Plaintiff continues to actively pursue representation." Dkt. 11 at 1.

At a March 5 status conference before the magistrate judge, Trotter informed the Court that continued efforts to secure counsel has so far proved unsuccessful. Dkt. 14 at 1. Defendant orally moved to dismiss the case for failure to prosecute, and the magistrate judge took that motion under advisement. *Id.* The magistrate judge provided Plaintiff with an additional two

weeks—through March 19, 2026—to secure counsel. *Id.* When no counsel appeared for Plaintiff, the magistrate judge issued a Report and Recommendation outlining the procedural history of this matter and recommending that Defendant Fay Servicing LLC's oral motion to dismiss the case be granted and this complaint be dismissed without prejudice. Dkt. 15. More than fourteen days have passed since the report and recommendation was issued, and Plaintiff has filed no objection.

After reviewing the record and the Report and Recommendation, the Court finds the magistrate judge did not commit clear error. *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999) (district courts review unobjected portions of a magistrate judge's report and recommendation for clear error). Therefore, the court **ADOPTS** the magistrate judge's Report and Recommendation, dkt. [15] and **DISMISSES with prejudice** Plaintiff's complaint, dkt. [1-1]. Fed. R. Civ. P. 41(b); *Ball v. City of Chicago*, 2 F.3d 752, 760 (7th Cir. 1993) ("Dismissal for failure to prosecute is, as provided in Fed. R. Civ. P. 41(b), with prejudice . . . ."). Final judgment shall issue by separate order.

**SO ORDERED.**

Date:  4/30/2026

_____

Justin R. Olson
United States District Judge
Southern District of Indiana

Distribution:

UNBREAKABLE, LLC
4804 Laurel Canyon Boulevard
Suite 1086
Los Angeles, CA 91607

Victor T. Metroff
Troutman Pepper Locke
victor.metroff@troutman.com

Nicholas David O'Conner
Troutman Pepper Locke LLP
Nicholas.OConner@troutman.com